THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2454
  Facsimile:  (213) 894-0115

Attorneys for United States of America

**JS-6**
**FILED: 4/7/2008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 07-5319-GHK (JTLx) |
| Plaintiff, | [**PROPOSED**] ORDER DISMISSING COMPLAINT AND ACTION BY REASON OF SETTLEMENT |
| vs. | |
| MICHAEL N. ARIANO, CAROLYN ARIANO, BANK OF AMERICA, and OASIS AVIATION, INC., a California Corporation, | |
| Defendants. | |

Pursuant to the stipulation of the parties in this action, and good cause appearing therefor,

//

//

//

IT IS HEREBY ORDERED that the complaint and action in the above case is dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice by reason of settlement.

DATED: 4/4/08

GEORGE H. KING
United States District Judge

Presented by

THOMAS P. O'BRIEN
United States Attorney
SANDRA B. BROWN
Assistant United States Attorney
Chief, Tax Division

THOMAS D. COKER
Assistant United States Attorney